IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CANCER TREATMENT CENTERS OF
AMERICA, INC.

v.  NO. 14-CV-4481

AVAX TECHNOLOGIES, INC.

JUDGMENT

**FILED**
SEP 16 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

BEFORE PADOVA, J.

AND NOW, to wit, this 16TH day of SEPTEMBER, 2014, in accordance with the Complaint in Confession of judgment for Money Damages filed in the above-captioned action and the warrant of attorney referenced therein, it is hereby,

ORDERED that Judgment by confession is entered in favor of plaintiff CANCER TREATMENT CENTERS OF AMERICA, INC. and against the defendant AVAX TECHNOLOGIES, INC., in the sum of $5,826,464.73, together with post-judgment interest at the statutory rate of 6% per annum from the date of judgment and costs, and all additional costs of suit and collection costs, including, without limitation, reasonable attorneys' fees, as authorized under the Ninth Amended Loan Agreement and Note, both dated as of February 1, 2014.

BY THE COURT:

ATTEST:

*Richard Sabol*
Richard Sabol, Deputy Clerk

judg